UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Jorge Colon
          Debtor
and Dennise Colon

          Co-Debtor

LSF9 Master Participation Trust, by Caliber
Home Loans, Inc., Solely in its Capacity as
Servicer, or its Successor or Assignee
          Movant
    vs.

William C. Miller, Esquire, Trustee
Jorge Colon and Dennise Colon
          Respondent(s)

Chapter 13
Bankruptcy No. 18-12337-mdc

### ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of LSF9 Master Participation Trust, by Caliber Home Loans, Inc., Solely in its Capacity as Servicer for Relief from the Automatic Stay is hereby APPROVED.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

February 24, 2020