UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Jorge Colon<br>            Debtor<br><br>SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust<br>            Movant<br>v.<br><br>Jorge Colon<br>William C. Miller - Trustee<br>            Respondents | CASE NO.: 18-12337-mdc<br><br>CHAPTER 13<br><br>JUDGE: Magdeline D. Coleman |

## CERTIFICATION OF DEFAULT

FRIEDMAN VARTOLO, LLP, attorneys for Movant, hereby certifies that the above-captioned Debtor has failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge Magdeline D. Coleman on February 24, 2020. A copy of the Stipulation is attached hereto as Exhibit "A". Movant certifies that the required Notice of Default required by the Order was sent to Debtor and Debtor's attorney on December 4, 2020 and Debtor has failed to cure the default. A copy of the Notice of Default is attached hereto as Exhibit "B". In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtor's property.

Dated: January 5, 2021

By: _/s/Lorraine Gazzara Doyle_____
Lorraine Gazzara Doyle, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 230
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com