UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Jorge Colon<br>              Debtor<br><br>SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust<br>              Movant<br>v.<br><br>Jorge Colon<br>William C. Miller - Trustee<br>              Respondents | CASE NO.: 18-12337-mdc<br><br>CHAPTER 13<br><br>JUDGE: Magdeline D. Coleman |

**CONSENT ORDER RESOLVING MOTION RECONSIDER THE ORDER MODIFYING THE AUTOMATIC STAY**

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

February 18, 2021

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

| | |
|---|---|
| Applicant: | SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Brad J. Sadek, Esq. |
| Property (Collateral): | 8837 Roosevelt Boulevard, Philadelphia, Pennsylvania 19152 |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved and the stay is reinstated, subject to the following conditions:

1. Status of Arrearages:

- The Debtor is overdue for <u>3</u> months, from <u>**November 1, 2020**</u> to <u>**January 1, 2021**</u>.
- The Debtor is overdue for <u>2</u> payments at <u>$954.14</u> per month.
- The Debtor is overdue for <u>1</u> payment at <u>$1,314.95</u> per month.
- Suspense Balance is <u>$369.00</u>

    Total Arrearages Due: <u>$2,854.25</u>

2. Cure for Post-Petition Arrearages:

- On or before February 5, 2021, Debtor shall tender funds in the amount of <u>$2,854.25</u> to Secured Creditor.

- Beginning on **February 1, 2021**, regular monthly payments shall resume in the amount of <u>$1,314.95</u>, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

    Payments:    SN Servicing Corporation
    P.O. Box 660820
    Dallas, TX 75266

In the event of default:

If the Debtor fails to make regular monthly payments or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the

Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

The undersigned hereby consent to the form and entry of the foregoing order.

_____  
Brad J. Sadek, Esq.  
*Attorney for Debtor*

_____  
Lorraine Gazzara Doyle, Esq.  
*Attorney for Secured Creditor*

/s/ LeeAne O. Huggins   February 15, 2021  
for William C. Miller- Trustee